IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: PAMELA MICHELE DAVIS, | ) | HONORABLE JAMES R. SACCA |
| | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | CASE NUMBER G17-22337-jrs |

TRUSTEE'S APPLICATION TO EMPLOY
SPECIAL COUNSEL – MARK S. SCHAEFFER

COMES NOW, Betty A. Nappier, the Chapter 7 trustee appointed in the above-styled case (hereinafter sometimes referred to as "trustee"), and respectfully moves this Court pursuant to 11 U.S.C. § 327(e), to allow the employment of special counsel in the above-styled case on behalf of the bankruptcy trustee/estate regarding an scheduled pending lawsuit, and respectfully proffers to the Court the following:

1.

Pamela Michele Davis (hereinafter referred to as "Debtor") commenced this Chapter 7 proceeding on December 5, 2017 and the undersigned was appointed trustee.

2.

The bankruptcy estate has an interest a pending lawsuit with an unknown value.

3.

Upon information and belief, the trustee proffers to the Court that Debtor's pre-petition pending lawsuit may have consequential value to the bankruptcy estate.

4.

The trustee herein respectfully requests that she be authorized to employ Mark S. Schaeffer, Esquire of Glasser & Schaeffer, PC, as special counsel to perform the legal services necessary to achieve

PAGE ONE OF FOUR

the highest possible net value for the aforesaid claim for the benefit of the bankruptcy estate.

5.

Mark S. Schaeffer, Esquire of Glasser & Schaeffer, PC, is admitted to practice in the state of Georgia, his practice is located in Atlanta, Georgia. Mr. Schaeffer is very familiar with the pending lawsuit and the potential recovery value of those actions in the geographical location of the pending lawsuit, and is qualified to represent the trustee in this particular matter to ensure consistency and avoid duplicity of services rendered pre-petition to obtain maximum net results to the bankruptcy estate. Mr. Schaeffer's Summary of Qualifications is attached hereto and made a part hereof marked as Exhibit "A".

6.

Applicant seeks to employ Mark S. Schaeffer at a contingency fee of thirty three and one-third percent (33 1/3%) of the gross recovery value of the action prior to trial and forty percent (40%) of any gross recovery subsequent to trial and reimbursement of necessary expenses incurred in direct relation thereto upon proper Application with notice to all parties and interest and approval of the Court. The trustee seeks to employ Mr. Schaeffer on a limited basis to ensure continuity and achieve the highest recovery for the bankruptcy estate and avoidance of duplicity of necessary services rendered pre-petition and other expenses that would be associated with employment of other counsel that may be outside the venue of the action or that is unfamiliar with the estate's aforesaid pre-petition claim.

7.

Based upon information and belief, the representation of the bankruptcy estate's interest in this matter, Mark S. Schaeffer, Esquire of Glasser & Schaeffer, PC will be in the best interest of the estate since Mr. Schaeffer is familiar with the history of the estate's claim and the maximum recovery value generally allowed in the applicable geographical area.

8.

The trustee proffers that based upon information and belief, that Mark S. Schaeffer, Esquire of Glasser & Schaeffer, PC does not hold or represent an interest adverse to the estate, does not represent any creditor or other known interested party, and are disinterested persons under the provisions of 11 U.S.C. Section 327(a) as certified in the Affidavit of disinterestedness attached hereto and made a part hereof, marked as Exhibit "B".

9.

In order to expedite the conclusion of the estate's pending lawsuit for the most favorable benefit to the bankruptcy estate, Mr. Schaeffer, Esquire has heretofore performed legal services to ensure the preservation of the aforesaid asset's value.

10.

The trustee requests that Mark S. Schaeffer, Esquire of Glasser & Schaeffer, PC be compensated for his services and reimbursed for his necessary incurred expenses relating thereto in accordance with the terms of future Orders of the Court and based upon the criteria for professional compensation required by the United States Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

WHEREFORE, the trustee respectfully prays that Mark S. Schaeffer, Esquire of Glasser & Schaeffer, PC be authorized to perform services as special counsel for the instant bankruptcy case for the limited purpose of pursuing maximum recovery of the estate's pending lawsuit for the benefit of the bankruptcy estate.

Respectfully submitted, this 2nd day of April, 2018.

s/ Betty A. Nappier
Betty A. Nappier
Chapter 7 trustee
GA Bar No. 534675
Post Office Box 1649
Cumming, Georgia   30028-1649
(770) 529-9371, facsimile (770) 947-5371
banappier@gmail.com

**PAGE THREE OF FOUR**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE:  PAMELA MICHELE DAVIS, SACCA | ) | HONORABLE JAMES R. |
| | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | CASE NUMBER G17-22337-jrs |

EXHIBIT "A"

SUMMARY OF QUALIFICATIONS OF PROFESSIONAL

Mark S. Schaeffer

**Courts and Bar:** Admitted to the State Bar or Georgia on October 26, 1992; admitted to practice in Georgia State Courts in 1992; Georgia Court of Appeals, U.S. District Court, Western District of Missouri, and the Northern District of Georgia,

**Education: BBA:** University of Georgia Terry Business School in 1988; JD, University of Missouri Columbia School of Law in 1991; and LLM, Emory University School of Law in 1992.

PAGE ONE OF TWO

**Experience:** Trained Mediator with the Centers for Dispute resolution, at the University of Missouri; Private Civil Law Practice with twenty-six (26) years of experience representing parties in contested litigation matters in Georgia State and Superior Courts, the Georgia Court of Appeals and in the U.S. District Court. In addition to my litigation practice, for the past twenty-six (26) years I also have a transactional, consumer law practice representing parties in real estate transactions, wills and trusts, business transactions, and commercial and consumer law matters.

PAGE TWO OF TWO

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: PAMELA MICHELE DAVIS, | ) | HONORABLE JAMES R. SACCA |
| | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | CASE NUMBER G17-22337-jrs |

EXHIBIT "B"

<u>AFFIDAVIT</u>

STATE OF GEORGIA

COUNTY OF DEKALB

COMES NOW, Mark S. Schaeffer Esquire, with Glasser & Schaeffer, PC and affirms under oath and penalty of perjury that he is familiar with Georgia law governing breach of contract matters. Mr. Schaeffer through his notarized signature affixed hereon affirms that he has been practicing law for twenty-six (26) years; and that he did represent Debtor, in the pending breach of contract action prior to her commencement of the above Bankruptcy matter. Mr. Schaeffer further affirms through his notarized signature affixed hereon that he is in good standing with the State Bar of Georgia and has sufficient trial experience and proposes that he be allowed to represent the Chapter 7 Trustee in the Estate's contract litigation.

PAGE ONE OF THREE

The undersigned hereby solemnly affirms under oath and penalty of perjury that neither he nor his staff are an interested party under the provisions of the United States Bankruptcy Code; and, that he has searched his law firm's files and records and has performed due diligence to support the instant sworn statement that neither he nor his law firm have any affiliation or association relating to the parties in interest apart from the request stated herein nor hold any interest adverse to the trustee, Debtor, or creditors of the bankruptcy estate or other parties of interest. Mr. Schaeffer does not represent the Debtor in the instant bankruptcy proceeding. Mr. Schaeffer further affirms under oath and penalty of perjury that the statements contained in the foregoing Application are true and correct to the best of his knowledge and belief.

Affiant/Applicant affirms under oath and penalty of perjury that his statements contained herein are true and correct to the best of his knowledge and belief, this 16th day of March, 2018.

_____
Mark S. Schaeffer, Esq.
GA Bar No. 628655
Proposed Special Counsel –
Affiant/Applicant

Sworn to and subscribed before me,
this 16 day of March, 2018.

_Denise L. White_
NOTARY PUBLIC

Printed Name of Notary:

Denise L. White

My Commission expires: 7/2/2021

> DENISE L WHITE
> Notary Public, Georgia
> Cobb County
> My Commission Expires
> 7/2/2021

PAGE THREE OF THREE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE:  PAMELA MICHELE DAVIS, | ) | HONORABLE JAMES R. SACCA |
| | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | CASE NUMBER G17-22337-jrs |

### CERTIFICATE OF SERVICE

      The undersigned hereby certifies that she has placed a conformed copy of the foregoing Trustee's Application to Employ Special Counsel – Mark S. Schaeffer, Esquire in the United States Mail with adequate postage affixed thereon and properly addressed to the parties in interest at their respective addresses, as follows:

**Pamela Michele Davis**
Post Office Box 2158
Cleveland, Georgia    30528

**W. Ross McConnell, Esquire**
1079 South Main Street
Cornelia, Georgia    30531

**United States Department of Justice**
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia    30303

**Mark S. Schaeffer, Esquire**
Glasser & Schaeffer, PC
56 Perimeter Center East, Suite 450
Atlanta, Georgia    30346

This 2nd day of April, 2018.

                                                                           s/ Betty Nappier
                                                                          Betty Nappier
                                                                          Chapter 7 trustee
                                                                          Georgia Bar No. 534675
                                                                          Post Office Box 1649
                                                                          Cumming, Georgia    30028-1649
                                                                          (770) 529-9371, facsimile (770) 947-5371
                                                                          banappier@gmail.com

PAGE FOUR OF FOUR