

**IT IS ORDERED as set forth below:**

**Date: April 3, 2018**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE:  PAMELA MICHELE DAVIS, | ) | HONORABLE JAMES R. SACCA |
| | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | CASE NUMBER G17-22337-jrs |

ORDER ON TRUSTEE'S
APPLICATION TO EMPLOY SPECIAL COUNSEL –
<u>MARK S. SCHAEFFER WITH GLASSER & SCHAEFFER, PC</u>

It appearing to the Court, that the appointed Chapter 7 Trustee in the above-styled case has filed an Application to Employ Special Counsel – Mark S. Schaeffer, Esquire of Glasser & Schaeffer, PC, with a conformed copy of the Application served upon the Debtor, her bankruptcy counsel and the United States Trustee as indicated on

**PAGE ONE OF THREE**

the Certificate of Service attached thereto. It further appearing to the Court, that the trustee proffers to the Court in her Application, that the employment of Mark S. Schaeffer, Esquire of Glasser & Schaeffer, PC is in the best interest of the estate to maximize the recovery value of the estate's pending lawsuit, based upon his specific pre-petition familiarity with the estate's claim; his extended experience in lawsuits and related actions; and, the maximum recovery value of the geographical location of the claim's judicial venue.  Based upon the foregoing, it is hereby

ORDERED that pursuant to 11 U.S.C. Section 327(e) the Trustee is authorized to retain Mark S. Schaeffer, Esquire of Glasser & Schaeffer, PC as counsel for the trustee to continue to perform the legal services necessary to ensure maximum recovery of the estate's pending lawsuit, with the requested contingency fee and reimbursement of necessary and reasonable expenses incurred in direct relation thereto being subject to approval by further Order of the Court.  It is

FURTHER ORDERED, this Order is entered, subject to the United States Trustee or any party in interest, filing an objection with the Court within twenty-one (21) business days of the entry date hereof serving all parties in interest.

[END OF DOCUMENT]

Presented by:

s/ Betty A. Nappier
Betty A. Nappier
Chapter 7 Trustee
GA Bar No. 534675
Post Office Box 1649
Cumming, Georgia    30028-1649
(770) 529-9371, facsimile (770) 947-5371
banappier@ gmail.com

**PAGE TWO OF THREE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

IN RE:  PAMELA MICHELE DAVIS,   )   HONORABLE JAMES R. SACCA
                                )
                                )   CHAPTER 7
                                )
        Debtor.                 )   CASE NUMBER G17-22337-jrs

## DISTRIBUTION LIST

Notice of the foregoing Order on Trustee's Application for employment of special counsel – Mark S. Schaeffer, shall be forwarded to the following parties at their respective addresses:

**Pamela Michele Davis**
**Post Office Box 2158**
**Cleveland, Georgia   30528**

**W. Ross McConnell, Esquire**
**1079 South Main Street**
**Cornelia, Georgia   30531**

**United States Department of Justice**
**Office of the United States Trustee**
**362 Richard B. Russell Building**
**75 Ted Turner Drive, S.W.**
**Atlanta, Georgia   30303**

**Mark S. Schaeffer, Esquire**
**Glasser & Schaeffer, PC**
**56 Perimeter Center East, Suite 450**
**Atlanta, Georgia   30346**

**Betty A. Nappier, Esquire**
**Chapter 7 Trustee**
**Post Office Box 1649**
**Cumming, Georgia   30028-1649**

PAGE THREE OF THREE