UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| PAMELA MICHELE DAVIS | : | CASE NUMBER G17-22337-JRS |
| DEBTOR | : | |

## WITHDRAWAL OF TRUSTEE'S MOTION OBJECTING TO THE DEBTOR'S DISCHARGE PURSUANT TO 11 U.S.C. SECTION 1328(f)

**COMES NOW** Nancy J. Whaley, the Standing Chapter 13 Trustee, and withdraws the Motion Objecting to the Debtor's Discharge Pursuant to 11 U.S.C. Section 1328(f) filed by the Trustee on October 3, 2018. (Docket entry no. 46).

This the 2nd day of January, 2019.

Respectfully submitted,

_/s/_____
Eric W. Roach,
Attorney for Chapter 13 Trustee
GA Bar No. 143194
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201

*/scw*

## CERTIFICATE OF SERVICE

Case No:  G17-22337-JRS

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Withdrawal of Motion Objecting to the Debtor's Discharge Pursuant to 11 U.S.C. Section 1328(f) by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
PAMELA MICHELE DAVIS
POB 2198
CLEVELAND, GA  30528

**By Consent of the parties,** the following have received an electronic copy of the foregoing Chapter 13 Trustee's Withdrawal of Motion Objecting to the Debtor's Discharge Pursuant to 11 U.S.C. Section 1328(f) through the Court's Electronic Case Filing system.

**Attorney for the Debtor(s):**
W. ROSS MCCONNELL & ASSOCIATES
grahamwf@windstream.net

This the 2nd day of January, 2019.

/s/_____
   Eric W. Roach
   Attorney for the Chapter 13 Trustee
   State Bar No. 143194
   303 Peachtree Center Avenue, NE
   Suite 120
   Atlanta, GA 30303
   678-992-1201