

**IT IS ORDERED as set forth below:**

**Date: March 18, 2019**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| **In re:** | ) |
| Pamela Michele Davis,<br>    Debtor. | ) Case Number: 17-22337-JRS<br>) Chapter 13<br>) |
| Pamela Michele Davis,<br>    Movant. | )<br>)<br>) |

**NO OPPOSITION ORDER
DEBTOR'S MOTION TO VACATE DISCHARGE**

    **WHEREAS** Debtor's Motion To Vacate Discharge granted under Chapter 7 in the above-styled case having been filed 09/25/18, document no. 45, and the matter having come for hearing on 12/20/2018 and there was no opposition; and,

    **WHEREAS** Movant's counsel certifies that notice of the opportunity to object and for hearing was provided pursuant to the procedures in Standing Order No. 2016-JRS and that no objection was filed prior to the objection deadline, and the Court has considered the motion and all others matters of record, including the lack of objection thereto, and based on the foregoing, no further notice or hearing is required and the Court finds that good cause exists to grant the relief requested in the motion; and,

    **WHEREAS** Debtor's Motion prayed the court vacate the discharge previously granted in this case under Chapter 7, document no. 23, filed 03/19/2018,

    **NOW THEREFORE IT IS ORDERED**, the Debtor's motion is granted; the order granting discharge under Chapter 7 in this case, document no. 23, is vacated.

**End of Document**

(Signatures On Next Page)

WRITTEN AND PREPARED BY:


/s/ W. Ross McConnell
W. Ross McConnell, GA Bar No.: 485010
Attorney for Debtor

W. Ross McConnell & Associates
1079 South Main Street
PO Box 170
Cornelia, GA 30531
(706)778-0344, (706)778-0451
wrmccassoc@winstream.net


NO OPPOSITION BY:

/s/ Eric W. Roach
Eric W. Roach, GA Bar No.: 143194
For Nancy J. Whaley, Chapter 13 Trustee
With Express Permission By W. Ross McConnell

Nancy J. Whaley, Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120
Atlanta GA 30303
(678)992-1201
www.njwtrustee.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

**In re:**

| | |
|---|---|
| Pamela Michele Davis,<br>　Movant. | Case Number: 17-22337-JRS<br>Chapter 13 |

## DISTRIBUTION LIST

　　　The within and foregoing "No Opposition Order Debtor's Motion To Vacate Discharge," shall be transmitted via electronic mail through the CM/ECF system, via hand delivery, or by placing a true copy of same in the United States Mail, adequate postage affixed and addressed to:

<u>VIA US MAIL</u>

Nancy J. Whaley, Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta GA 30303

W. Ross McConnell
W. Ross McConnell & Associates
POB 170
Cornelia GA 30531

Pamela Michele Davis
POB 2198
Cleveland GA 30528

Attached matrix.

```
American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Bank of America NA
POB 31785
Tampa FL 33631-3785

Bank of America NA
FL9-600-02-26
POB 45224
Jacksonville, FL 32232-5224

Capital One Bank USA NA
POB 71083
Charlotte NC 28272-1083

CBSD SEARS
POB 6283
SIOUX FALLS, SD 57117-6283

Chase Bank USA
POB 15299
Wilmington, DE 19850-5299

Citibank NA
701 East 60th Street North
Sioux Falls SD 57117

Resurgent Capital Services
POB 19008
Greenville SC 29602

Quantum3 Group LLC
as agent for Comenity Bank
POB 788
Kirkland WA 98083-0788

Discover Bank
DB Servicing Corp
POB 3025
New Albany, OH 43054-3025

First Bankcard Orvis
POB 2557
Omaha, NE 68103-2557

FNB Omaha
1620 Dodge St Stop Code 3105
Omaha NE 68197
```

1

```
Fred A Flowers
212 S DeKalb St
Shelby, NC 28150

International Jewelry Designs
6502 NW 16th St
Miami, FL 33313

John W Boykin
Coleman Talley LLP
3475 Lenox Road Ste 400
Atlanta, GA 30326

James H Cox
As Attorney for Lamar Creations
PO Box 999
Clarkesville GA 30523

Lamar Creations
6502 NW 16th St
Fort Lauderdale, FL 33313

Nationstar Mortgage LLC
dba Mr Cooper
POB 619096
Dallas TX 75261-9741

Portfolio Recovery Associates LLC
POB 41067
Norfolk VA 23541

Synchrony Bank
c/o PRA Receivables Management LLC
POB 41021
Norfolk VA 23541

Wells Fargo Bank NA
Attn Bnkrptcy MAC D3347 014
3476 Stateview Blvd
Fort Mill, SC 29715

Wells Fargo Bank NA
Wells Fargo Card Services
POB 10438, MAC F8235-02F
Des Moines IA 50306-0438

Zenas Collett
701 Woodhaven Drive
Woodstock, GA 30188

Zwicker & Associates PC
POB 9013
```

Andover, MA 01810

3