**IT IS ORDERED as set forth below:**



**Date: April 4, 2019**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| PAMELA MICHELE DAVIS | ) NO. 17-22337 |
|     Debtor(s) | ) |
| | ) |
| LAMAR CREATIONS, INC. | ) |
|     Movant | ) |
| | ) |
| vs | ) CONTESTED MATER |
| | ) |
| PAMELA MICHELE DAVIS | ) |
|     and | ) |
| NANCY J. WHALEY, Trustee | ) |
|     Respondents | ) |

**ORDER**

This matter is before the court on Lamar Creations, Inc.'s ( "Movant" ) Motion for Relief from the  Automatic Stay under  11 U. S. C. 362.  The purpose of Movant's motion

is to allow it to assert a counterclaim against Debtor in a pending state court proceeding in which Debtor is suing Movant.  The state court action is **Davis v. Lamar Creations., Inc**., C. A. No. 2017CV0194 in the Superior Court of White County, Georgia.

Debtor having consented to the motion and there being no objection filed by the Trustee or any other party, it is hereby:

ORDERED  that Movant's Motion is GRANTED and the automatic stay is lifted for the express purpose of permitting Movant to file its counterclaim in the state court action in the Superior Court of White County, Georgia.

[end of document]

Presented by,

   /s/ Quentin R. Carr
Attorney for Debtor
State Bar #705116
PO Box 999
113 Grant Street
Clarkesville, GA 30523

No Opposition;
Signed with Expression Permission by,

/s/ Eric W. Roach
Eric W. Roach
GA Bar # 143194
303 Peachtree Center Avenue
Suntrust Garden Plaza, Suite 120
Atlanta, GA 30303
Staff Attorney for Nancy Whaley,
Chapter 13 Trustee

No Opposition;
Signed with Expression Permission by,

/s/ W. Ross McConnell
W. Ross McConnell
GA BAR #485010
1079 S. Main Street
PO Box 170
Cornelia, GA 30531
706-778-0344
Attorney for Debtor