**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PAMELA MICHELE DAVIS | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | CASE NO. 17-22337-JRS |
| ==============================) | | |
| | ) | |
| GLASS & SCHAEFFER, PC | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LAMAR CREATIONS, INC. | ) | |
| | ) | |
| Respondent | ) | |
| _____) | _____ | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that GLASSER & SCHAEFFER, PC has filed a "MOTION TO RECONSIDER ORDER LIFTING STAY."

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion to Reconsider Order Lifting Stay in **Courtroom 103, United States Courthouse, 121 Spring Street SE, Gainesville, GA 30501 on May 23, 2019 at 10:45 AM**.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your view, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Clerk, U. S. Bankruptcy Court, 121 Spring Street SE Gainesville, GA 30501. You must also mail a copy of your response to the undersigned at the address stated below.

/s/_____
Howard Slomka
Georgia Bar # 652875
Slipakoff & Slomka, P.C.
Attorney for Debtor
Overlook III
2859 Paces Ferry Rd. SE
Atlanta, GA 30339

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PAMELA MICHELE DAVIS | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | CASE NO. 17-22337-JRS |
| ==============================) | | |
| | ) | |
| GLASS & SCHAEFFER, PC | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LAMAR CREATIONS, INC. | ) | |
| | ) | |
| Respondent | ) | |
| _____) | | _____ |

**MOTION TO RECONSIDER ORDER LIFTING STAY**

Comes now, GLASSER & SHAEFFER, PC, Counsel in the above styled Chapter 13 case, by and through undersigned counsel, and files this Motion to Reconsider Order Lifting Stay showing to this Honorable Court the following:

1. This Motion to Reconsider (this "Motion") pursuant to Bankr. Rule 9023 which incorporates Fed. R.Civ.P. 59, and under Bankr. Local Rule 9023-1.

2. On April 4, 2019 this Court entered its Order (the "Order") (Doc. No. 63). This motion is timely filed within 14 days after the date of the Order, pursuant to Bankr. Local Ryle 9023-1.

3. The Order lifted the stay in the Debtor's pending Chapter 13 bankruptcy in order to allow then-movant Lamar Creations Inc. ("Lamar") to file and pursue counterclaims in a pending case in White County Superior Court. Lamar is the defendant in Davis v. Lamar Creations, Inc., C.A. No. 2017-cv-0194 (the "White County Case") which involves pre-petition claims by the Debtor.

4. Movant Glasser and Schaeffer, PC (and specifically counsel Mark S. Schaeffer, Esq.) has been appointed by this Court to act as special counsel on behalf of the bankruptcy estate to pursue Debtor's claims in the White County Case. *See* the Order Granting Application to Employ Mark S. Schaeffer as Special Counsel, dated April 3, 2018 (Doc. No. 30).

5. Notwithstanding the Court's order appointing movant, and the fact that counsel for Lamar has been actively litigating the White County Case with Schaeffer, Lamar failed to serve a copy of its motion to lift the stay upon Glasser & Schaeffer, PC. Had special counsel been aware of the motion to lift the stay, it would have objected to the motion, and now does so in this Motion. Special Counsel was unaware of the existence of the prior motion until after the entry of the Order.

6. The grounds for this Motion are that counsel was appointed specifically to maximize the recovery to the estate. Lamar's counterclaims, if allowed and successful, would serve to offset or minimize that recovery and is therefore contrary to the intent of the prior order and to the best interests of the estate.

7. Significantly, Lamar's pre-petition claims are not collectible against Debtor, and the Order does not allow for any such collection. The time to object to dischargeability expired on November 27, 2018 (Doc. No. 40), and Lamar has not sought to have any claims against Debtor declared nondishcargeable. Therefore, the forthcoming counterclaims are only relevant as setoffs to any judgment in favor of the Debtor, and then only in the event that Debtor is successful in its

underlying claims against Lamar. It is therefore prejudicial and inefficient to require the estate and Schaeffer to prepare for and litigate the counterclaims unless or until the Debtor prevails in its primary claims against Lamar.

8. Movant does not object to lifting the stay and proceeding to a swift trial on the merits of any such counterclaims if and when they might become relevant to offsetting Debtor's recovery. However, to require Schaeffer (and indeed Lamar itself) to prepare for and try these counterclaims would unfairly and unnecessarily burden the parties, counsel and the court in the White County Case in such a way that the automatic stay is specifically designed to protect. Neither Debtor nor Chapter 13 Trustee is prepared to pay for a substantive defense, and special counsel Glasser & Schaeffer is not engaged or compensated to represent the estate's interest in any such counterclaims.

9. Had the original motion been properly served upon special counsel Glasser & Schaeffer as a party in interest, it would have objected and been afforded a hearing on the underlying motion to lift the automatic stay.

WHEREFORE, Movant requests that the Court:

(1) hear and grant this Motion; and

(2) suspend the Order insofar as it lifted or modified the automatic stay; and

(3) grant any other relief that the Court deems just and appropriate.

Dated this 18th day of April, 2019

Respectfully Submitted,

_____/s/_____
Howard Slomka
GA Bar # 652875
Slipakoff & Slomka, P.C.
Attorney for Movant
2859 Paces Ferry Road, Suite 1700
Atlanta, GA 30339
Tel. (404) 800-4017
HS@ATL.law

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| PAMELA MICHELE DAVIS ) | CHAPTER 13 |
| ) | |
| Debtor. ) | CASE NO. 17-22337-JRS |
| ==============================) | |
| ) | |
| GLASS & SCHAEFFER, PC ) | |
| ) | |
| Movant ) | |
| ) | |
| v. ) | |
| ) | |
| LAMAR CREATIONS, INC. ) | |
| ) | |
| Respondent ) | |
| _____) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing Motion for Reconsideration in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

SEE ATTACHED LIST FOR CREDITORS

Dated this 18th day of April, 2019

                                                                                                      _____/s/_____
                                                                                                Howard Slomka
                                                                                                GA Bar # 652875
                                                                                                Slipakoff & Slomka, P.C.
                                                                                                Attorney for Debtor
                                                                                                2859 Paces Ferry Road, SE
                                                                                                Suite 1700
                                                                                                Atlanta, GA 30339
                                                                                                Tel. (404)800-4017
                                                                                                HS@ATL.law

Label Matrix for local noticing
113E-2
Case 17-22337-jrs
Northern District of Georgia
Gainesville
Thu Apr 18 12:14:42 EDT 2019

American Express
POB 360001
Ft Lauderdale, FL 33336-0001

American Express Bank, FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Bank Of America, N.A.
PO BOX 31785
Tampa, FL 33631-3785

Bank of America NA
FL9-600-02-26
POB 45224
Jacksonville, FL 32232-5224

Bank of America NA
Mail Stop CA6-919-01-23
400 National Way
Simi Valley, CA 93065-6414

Bank of America NA
POB 982284
El Paso, TX 79998-2284

CBSD SEARS
POB 6283
SIOUX FALLS, SD 57117-6283

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Capital One Bank USA NA
General Correspondence
POB 30285
Salt Lake City, UT 84130-0285

Lisa F. Caplan
Rubin Lublin, LLC
Suite 100
3145 Avalon Ridge Place
Peachtree Corners, GA 30071-1570

Quentin R. Carr
The Carr Law Group
P. O. Box 999
Clarkesville, GA 30523-0017

Chase Bank USA
POB 15299
Wilmington, DE 19850-5299

Citi Cards Citibank
POB 6241
Sioux Falls, SD 57117-6241

Citibank, N.A.
Citibank, N.A.
701 East 60th Street North
Sioux Falls, SD 57104-0493

Comenity Bank Lane Bryant
Bankruptcy Dept
POB 182125
Columbus, OH 43218-2125

Pamela Michele Davis
POB 2198
Cleveland, GA 30528-0039

Discover Bank
DB Servicing Corp
POB 3025
New Albany, OH 43054-3025

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

FNB Omaha
POB 2490
Omaha, NE 68103-2490

First Bankcard Orvis
POB 2557
Omaha, NE 68103-2557

First National Bank of Omaha
1620 Dodge St., Stop Code 3105
Omaha, NE 68197-0002

Fred A Flowers
212 S DeKalb St
Shelby, NC 28150-2601

International Jewelry Designs
6502 NW 16th St
Miami, FL 33313-4527

John W Boykin
Coleman Talley LLP
3475 Lenox Road Ste 400
Atlanta, GA 30326-3229

Lamar Creations
6502 NW 16th St
Fort Lauderdale, FL 33313-4527

c/o James H. Cox Lamar Creations, Inc.
P.O. Box 999
Clarkesville, GA 30523-0017

W. Ross McConnell
W. Ross McConnell & Associates
1079 South Main Street
P. O. Box 170
Cornelia, GA 30531-1002

Mr Cooper
8950 Cypress Waters Blvd
Coppell, TX 75019-4620

Betty A Nappier
PO Box 1649
Cumming, GA 30028-1649

Betty A. Nappier
Law Office of B. A. Nappier
P. O. Box 1649
Cumming, GA 30028-1649

Nationstar Mortgage
dba Mr Cooper
POB 619094
Dallas, TX 75261-9094

Nationstar Mortgage LLC d/b/a Mr. Cooper
PO Box 619096
Dallas, Texas 75261-9096

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

PYOD, LLC its successors and assigns as assi
of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Eric W. Roach
Nancy J. Whaley
Standing Chapter 13 Trustee
303 Peachtree Center Ave.
Suite 120
Atlanta, GA 30303-1286

SYNCB BP
POB 965005
Orlando, FL 32896-5005

SYNCB Care Credit
POB 965005
Orlando, FL 32896-5005

SYNCB TJX Rew Plat MCard
POB 530949
Atlanta, GA 30353-0949

SYNCB Walmart
POB 965024
Orlando, FL 32896-5024

Mark S Schaeffer
Glasser & Schaeffer, PC
56 Perimeter Center East
Suite 450
Atlanta, GA 30346-2202

Howard P. Slomka
Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339-6213

Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Nancy J. Whaley
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303-1216

Zwicker & Associates PC
POB 9013
Andover, MA 01810-0913

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541