

**IT IS ORDERED as set forth below:**

**Date: March 6, 2020**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| PAMELA MICHELE DAVIS ) | CHAPTER 13 |
| ) | |
| Debtor. ) | CASE NO. 17-22337-JRS |
| ) | |

===================================================================

**SUPPLEMENTAL ORDER
APPOINTING
SPECIAL COUNSEL MARK S. SCHAEFFER
AND GLASSER & SCHAEFFER, PC**

On April 3, 2018 this Court entered its Order (Doc. No. 30) (the "Order")

approving the appointment of Mark S. Shaeffer with Glasser & Schaeffer, PC

("Schaeffer") to represent the Chapter 7 Trustee in pending civil matters in order to maximize the recovery to the bankruptcy estate. Schaeffer has been actively involved in Debtor's civil cases since the Order.

Schaeffer files his Supplemental Application to clarify and update the appointment with respect to several new issues not addressed in the Order. All parties having been served, and the Supplemental Application being in the best interest of the administration of the estate, it is

**ORDERED** that the existing Order is ratified and supplemented with the following specific authorizations:

1. The engagement of Special Counsel applies post-conversion for the benefit of the current Chapter 13 Trustee.

2. Schaeffer is authorized to represent Trustee and the Debtor estate for all purposes and claims related to all civil matters, including, without limitations any counterclaims raised or brought against the Debtor.

3. Schaeffer is authorized to share his contingency fee with Busch, Slipakoff, Mills & Slomka, LLC, which is a disinterested party and has assisted with the civil case prior to the filing of the bankruptcy and is included in the contingency fee arrangement previously approved by the Court.

**IT IS FURTHER ORDERED** that all other terms and conditions of the existing Order shall remain in full force and effect and any legal work performed by Schaeffer prior to this Supplemental Order is ratified as authorized by the Court.

**IT IS FURTHER ORDERED** that this Supplemental Order is entered subject to the United States Trustee or any other party in interest filing an objection within twenty-one (21) business days of the entry date and serving all parties in interest, so that this matter may be heard by the Court if required.

Prepared by:

/s/ Howard P. Slomka
Howard Slomka
GA Bar # 652875
Busch, Slipakoff, Mills & Slomka, LLC
Attorney for Applicant
3350 Riverwood Parkway, Suite 2100
Atlanta, GA 30339
Tel. (404) 800-4017
HS@BSMS.law

No Opposition by:

/s/ Eric W. Roach
Eric W. Roach, Esq.
GA BAR # 143194 (with express permission)
Counsel for Nancy J. Whaley
Standing Chapter 13 Trustee
303 Peachtree Center Ave.
Suite 120
Atlanta, GA 30303
(678) 992-1201
ECF@njwtrustee.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| PAMELA MICHELE DAVIS ) | CHAPTER 13 |
| ) | |
| Debtor. ) | CASE NO. 17-22337-JRS |
| ) | |

================================================================

## DISTRIBUTION LIST

The within and foregoing ""SUPPLEMENTAL ORDER APPOINTING SPECIAL COUNSEL MARK S. SCHAEFFER AND GLASSER & SCHAEFFER, PC" shall be transmitted via electronic mail through the CM/ECF system, via hand delivery, or by placing a true copy of same in the United States Mail, adequate postage affixed and addressed to:

Quentin R. Carr
The Carr Law Group
PO Box 999
Clarkesville, GA 30523-0017

Lamar Creations
6502 NW 176th Street
Fort Lauderdale, FOL 33313-4527

Eric J. Roach, Esq.
Nancy J. Whaley, Standing Trustee
303 Peachtree Center Ave.
Suite 120
Atlanta, GA 30303-1286

Mark S. Schaeffer, Esq.
Glasser & Schaeffer, PC
56 Perimeter Center East
Suite 450
Atlanta, GA 30346-2202

Howard P. Slomka, Esq
Busch, Slipakoff, Mills & Slomka, LLC
3350 Riverwood Pkwy
Suite 2100
Atlanta, GA 30339